```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                       DISTRICT OF VERMONT
```

Christopher Seifert,                :
      Plaintiff,              :
                                              :
      v.                      : File No. 2:09 CV 119
                                              :
Corrections Corporation of          :
America, Andrew Pallito, and        :
Kevin Oddy,                         :
      Defendants.             :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed January 7, 2010. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion to dismiss (Doc. 11) is GRANTED and plaintiff's motion for removal and consolidation (Doc. 14) is DENIED. It is further ordered that plaintiff be allowed 30 days in which to file an amended complaint. Failure to file an amended complaint within this time period will result in dismissal of the case.

Dated at Burlington, in the District of Vermont, this 1st day of February, 2010.

                                                  /s/ William K. Sessions III
                                                  William K. Sessions III
                                                  Chief Judge